Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland
### Division

FILED ___ ENTERED
LOGGED ___ RECEIVED

Nightdrop
DEC 09 2020

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Alisha L. Gordon

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Maryland Department of Public Safety and
Correctional Services

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Alisha L. Gordon |
| Street Address | 16859 Roosevelt Lane |
| City and County | Shrewsbury, York |
| State and Zip Code | PA 17356 |
| Telephone Number | (443)306-9749 |
| E-mail Address | alishagordon76@gmail.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Maryland Department of Public Safety and Correctional Services |
| Job or Title *(if known)* | |
| Street Address | 300 E. Joppa Road #1000 |
| City and County | Towson, Baltimore |
| State and Zip Code | Maryland 21286 |
| Telephone Number | (410)339-5000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

E-mail Address *(if known)* _____

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Parole and Probation |
| Street Address | 428 E. Preston Street |
| City and County | Baltimore |
| State and Zip Code | Maryland 21202 |
| Telephone Number | (410)962-6300 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:
_____

☒    Relevant state law *(specify, if known)*:
_____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

State Personnel and Pensions (SPP) Article - § 2-302 prohibits discriminatory employment decisions on the basis of race, color, religion, sex, sexual orientation, national origin, marital status, political affiliation, age, religious affiliation, belief or opinion, disability, genetic information, gender identity and expression, or any other basis that would be a violation of Federal or State law.

Title 5-Subtitle 208 - prohibits consideration of political affiliation, belief or opinion or any other non-merit factor in making personnel decisions regarding skilled and professional service employees.

State Government Article Title 20 - Commission on Civil Rights guarantees equal employment opportunities regardless of race, color, religion, ancestry, national origin, sex, age marital status, sexual orientation, physical or mental disability, or refusal to submit to or share genetic test results.

Governor's Executive Order 01.01.2007.16 - Code of Fair Employment Practices recognizes State's commitment to fair employment practices and establishes zero-tolerance for discrimination, retaliation, and harassment, which includes sexual orientation, genetic information, and gender identity and expression.

☒ Relevant city or county law *(specify, if known)*:

As per the Memorandum of Understanding ("Agreement") entered into by the State of Maryland ("Employer") and the American Federation of State, County and Municipal Employees, AFL-CIO and Teamsters ("Union"), I am filing the following charges:
ARTICLE 2. NON-DISCRIMINATION
Section 1. Prohibition Against Discrimination
Section 3. Equal Employment/Affirmative Action/ADA

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☐ Termination of my employment.

☐ Failure to promote me.

☒ Failure to accommodate my disability.

☒ Unequal terms and conditions of my employment.

☒ Retaliation.

☒ Other acts *(specify)*:    Constructive discharge due to the circumstances presented

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s) 2/14/2018 and up until the date of this petition

C.    I believe that defendant(s) *(check one)*:

☒    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race

☐    color

☐    gender/sex

☐    religion

☐    national origin

☐    age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☒    disability or perceived disability *(specify disability)*

on the job knee injury

E.    The facts of my case are as follows.  Attach additional pages if needed.

I, Alisha Gordon started my career with the DPSCS in February of 2000. In August, 2013, I sustained an on-the-job injury to my knee. After being out on workers comp, I received an email from Human Resources representative Ilene Rivkin on 8/6/2015, advising me to return to work agreeing with light duty restrictions. In December of 2015, those restrictions were made permanent, and a copy was forwarded to the Human Resources Department. Since that time, I was never addressed regarding my medical situation.

In December, 2017, I had surgery on my knee and had a return date of 2/14/2018. Upon reporting to Headquarters on 2/14/2018 to submit my note of return, I was advised by human resource representative, Stan Harris that I could not return under light duty status, because I had exhausted the policy of working beyond the 75 days of working light duty for the State of Maryland. I was also advised that my agency had violated Maryland State's Comar by allowing me to work in that capacity for the course of time that I had been working. He asked who my administrators were, and advised that they would be questioned for how this was allowed. At that time, he asked for the Administrators information and indicated that I would be notified with further instruction, but until then, I needed to begin the process of applying for a medical retirement. He advised me that I would not be allowed to return to work. I then began working with the human resource representative that assisted with applications for medical retirements; Karen Dukes.

Also in February of 2018, a regional ops management meeting was held by upper management, and managers at the Division were advised to discard all of the documentation for the requested documents that persons are normally required to have upon returning to work after injuries. The "Essential Duties Checklist" was discarded throughout the division and there is no evidence of them online anywhere. That form was also not given to me upon my return in 2015. Since that time, I have been denied medical retirement 3 times from the Retirement Board, with the last date being 10/15/2019 and once from the Office of Administrative Hearings on 9/21/2020. The last decision was sent to my previous address in which I did not receive it until after the appeal time was already over. I contacted the Retirement Board on 8/25/2020 and gave them all my updated change of address information for my file on this date, so there was no reason for my mail to be interrupted. Due to issues at the Shrewsbury postal location with my mailbox, I did not receive the mail until the week of November 7, 2020 when the postmaster brought it to my home uncertified along with my other mail.

In the interim of applying for the retirement, I received an options letter which provided 4 options on it: to resign, provide a list of reasonable accommodations, to be cleared to return to previous employment by state doctor, or to apply for medical retirement. Although four options were presented on paper, I was contacted by Human Resources, and advised that although four options were presented on paper for me, only two of them apply. The representative stated that they were not in the position to offer me any other transitional job offer based on the fact that I had already exhausted the 75 days of light duty with the State of Maryland. There have been several other employees within the Department of Public Safety and Correctional Services that have been allowed to work with disabilities and have been given alternative assignments.In addition, based on my education and experience, there were opportunities available that I could have qualified for. Other employees have also received paperwork which offered them reasonable accommodation after receiving options letters, which I did not. Some of those forms provided to others included: "State of Maryland Reasonable Accommodation Request Form Confidential" and a "Medical Inquiry form-Reasonable Accommodation Request;" which should have been completed by the healthcare provider. Again, none of those forms were offered to me.

The State also has a "Managed to Work Program" that should be offered to employees who are working in the light duty capacity. At no time was I offered any transitional work assignments or duties while employed. Instead, I remained in my regular position with no one addressing any Comar mandates or regulations pertaining to light duty until my return. The only excuse given was that the human resource department has an inadequate amount of staff who are inexperienced and aren't knowledgeable of the laws of workers compensation. There were several memos written to the Governors office to address those inadequacies. (See attached page for continuation)

Continued facts of case.......

In August of 2019, I experienced a constructive discharge by being forced into a resignation under duress. I had children who were dependent upon me for medical care, one whom specifically has a chronic illness. Due to me residing in the State of Pennsylvania, healthcare was denied for my children by the State of Pennsylvania because I was still employed by the State of Maryland. The Human Resource Department continued to harass me via my FMLA paperwork, not processing the necessary documentation required for my case, canceling my medical benefits, and by using many other attempted bullying tactics. Ms. Valerie Howard indicated that they did not have a file for me and continued to request that I supply the paperwork to assist her in creating one. My retirement was denied 3 times from the retirement board, after sending me to various medical appointments. If a doctor had a favorable outcome, they would send me somewhere else. Once they found a doctor of their choosing to provide inadequate and false information, he was the recommended doctor for my retirement hearing. The decision was again denied, medical treatment still on-going and has progressed; all contradictory of what the doctored testified to. Lastly, on 9/22/2020, a human resource representative from the Department of Public Safety and Correctional Services contacted me to make sure that they had the correct address on file for me. At that time, she congratulated me for being retired and hoped that I had been enjoying my retirement. I received a retirement plaque to my home on 9/26/2020 from the Department of Public Safety and Correctional Services indicating my 19 years of state service to the State of Maryland.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

8/7/2020

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*    9/11/2020

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

The relief sought is make-whole relief under the guidelines of the law.

Some figures asked to be taken into consideration are:
Front pay- future damages
    Accidental Death and Dismemberment- $300,000
Term Life $475,000
Additional Term Life Insurance (don't have the exact figure)
On-going medical issues
Retirement settlement- $1,000,000 (estimated $4000 a month for the rest of my life)
Back pay- recovery damages of 2 years including benefits
    Salary- $122,657.60- 2 years salary with no increase based on last pay stub dated 12/19/2017
Life insurance policy- death of a child $150,000
Health benefit premiums $34,731.84
Retirement contributions/Unemployment insurance $24,327.52
Compensatory and punitive damages:
Withdrawn/not able to form positive relationships $50,000
Loss of enjoyment of life- livelihood and watched children suffer while unable to do anything about it. $100,000
Humiliation- Assuming I have a mental health issue on court documentation in lieu of medical prognosis.$50,000
Hearing loss/migraines- $250,000
Tuition costs for Aiden- $13,200 (2 years having to be removed from school due to non-payment)
Son could not participate in sports activities or camps due to non-payment $5000
Credit issues/debt $3500
Medical Bills (estimated $10,000)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      12/9/2020

Signature of Plaintiff

Printed Name of Plaintiff    Alisha L. Gordon

### B. For Attorneys

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Date of signing: _____

Signature of Attorney

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____